IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ<br>& VANESSA BUCKNER,<br>as Administratrix of the Estate of<br>David McKee, Deceased<br><br>　　　Plaintiffs,<br><br>vs<br><br>DONALD W. BIESTER<br><br>　　　Defendant, | CASE NUMBER:<br>CV-05-592<br><br>**JURY TRIAL REQUESTED** |

## C O M P L A I N T

1. The Plaintiff, JOHN NICHOLAS SHOULTZ, is over the age of 19 years, and is an adult resident citizen of Mobile County, Alabama.

2. The Plaintiff, VANESSA BUCKNER, brings this action as the Administratrix of the Estate of David McKee, Deceased.

3. The Defendant, DONALD W. BIESTER, is over the age of 19 years, and is an adult resident of Decatur, Indiana.

4. On or about January 4, 2005, the Plaintiff, JOHN NICHOLAS SHOULTZ, and the Decedent, DAVID McKEE, were inmates with the Alabama Department of Corrections, picking up trash in the median of Interstate 65, at or near its intersection with County Road 20, in Autauga County, Alabama, when the Defendant, DONALD W. BIESTER, traveling southbound on Interstate 65, left the roadway, striking the Plaintiff, JOHN

NICHOLAS SHOULTZ, and the Decedent, DAVID McKEE, causing severe injuries to the Plaintiff, JOHN NICHOLAS SHOULTZ, and killing DAVID McKEE. After striking JOHN NICHOLAS SHOULTZ and DAVID McKEE with his vehicle, the Defendant, DONALD W. BIESTER, proceeded to drive his vehicle back onto the roadway and traveled several miles down the road before being apprehended by law enforcement officers.

## COUNT ONE
## NEGLIGENCE

5. The Plaintiffs adopt and reallege paragraphs numbered one (1) through four (4) of this Complaint as if set forth herein.

6. The subject collision complained of herein was a direct and proximate result of the negligence of the Defendant, DONALD W. BIESTER. Additionally, the Defendant was negligent in leaving the scene of the accident.

7. As a direct and proximate result of the negligence of the Defendant, DONALD W. BIESTER, as aforementioned, the Plaintiff, JOHN NICHOLAS SHOULTZ, suffered severe injury to his right arm, right elbow, right shoulder, and his back, he was caused permanent physical injury and impairment, and he incurred medical expenses, lost wages, and other damages and losses, and may incur such damages in the future.

8. As a direct and proximate result of the negligence of the Defendant, DONALD W. BIESTER, as aforementioned, DAVID McKEE was killed.

WHEREFORE, the premises considered, the Plaintiffs respectfully request judgment against the Defendant, DONALD W. BIESTER, in such sum as is determined

to be just and adequate under the circumstances, plus interest and all costs of this proceeding. The Plaintiffs are claiming in excess of $75,000.00 in this cause of action.

## COUNT TWO
## WANTONNESS AND/OR RECKLESSNESS

9. The Plaintiffs adopt and reallege paragraphs numbered one (1) through eight (8) of this Complaint as if fully set forth herein.

10. The subject collision complained of herein was a direct and proximate result of the wantonness and/or recklessness of the Defendant, DONALD W. BIESTER. Additionally, the Defendant was wanton and/or reckless in leaving the scene of the accident.

7. As a direct and proximate result of the wantonness and/or recklessness of the Defendant, DONALD W. BIESTER, as aforementioned, the Plaintiff, JOHN NICHOLAS SHOULTZ, suffered severe injury to his right arm, right elbow, right shoulder, and his back, he was caused permanent physical injury and impairment, and he incurred medical expenses, lost wages, and other damages and losses, and may incur such damages in the future.

8. As a direct and proximate result of the wantonness and/or recklessness of the Defendant, DONALD W. BIESTER, as aforementioned, DAVID McKEE was killed.

WHEREFORE, the premises considered, the Plaintiffs respectfully request judgment against the Defendant, DONALD W. BIESTER, in such sum as is determined to be just and adequate under the circumstances, including punitive damages, plus interest and all costs of this proceeding.

**PLAINTIFFS RESPECTFULLY DEMAND TRIAL BY JURY**

        EATON G. BARNARD & ASSOCIATES, P.C.
        Attorney for JOHN NICHOLAS SHOULTZ


        _____
        EATON G. BARNARD          (BARNE9086)
        1904 Dauphin Island Parkway
        Mobile, Alabama  36605
        Telephone:  (251) 478-6899
        Facsimile:   (251) 478-7198
        eaton@ebarnardlaw.com


        JINKS, DANIEL & CROW, P.C.
        Attorney for VANESSA BUCKNER,
        as Administratrix for the Estate of
        DAVID McKEE, Deceased


        _____
        CHRISTINA D. CROW              (_____)
        Post Office Box 350
        Union Springs, Alabama  36089
        Telephone:  (334) 738-4225
        Facsimile:   (334) 738-4229
        ccrow@jinkslaw.com


**SERVE DEFENDANT VIA CERTIFIED MAIL AS FOLLOWS:**

DONALD W. BIESTER
1143 W. 500 N.
Decatur, Indiana  46733