IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, et al., | * |
| | * |
| Plaintiff(s) | * |
| | *  CIVIL ACTION: 05-592-CB-M |
| vs. | * |
| | * |
| DONALD W. BIESTER, | * |
| | * |
| Defendant(s) | * |

ORDER

On November 22, 2005, a motion to dismiss/transfer venue was filed by defendant, Donald W. Biester.

A party opposing the motion must respond within 10 working days of receipt of the motion.[1] See Fed.R.Civ.P. 6. The response should include the legal arguments in opposition to the motion. This motion is being submitted without oral argument. See Fed.R.Civ.P. 78. If the Court determines that oral argument would be appropriate, it shall so advise the parties. See Fed.R.Civ.P. 6. Failure to file a timely response to a motion to dismiss could result in the granting of the motion and a dismissal of the action.

Done this the 28th day of November, 2005.

    s/Charles R. Butler, Jr.
CHARLES R. BUTLER, JR.
U. S. DISTRICT JUDGE

---

[1] The court assumes that first class mail takes 3 working days to arrive. Thus, if the defendant sent the motion to the opposing party by mail, the court may take the matter under submission 13 working days after the motion is served by mail.