```
MIME-Version:1.0
From:efile_information@alsd.uscourts.gov
To:efile_notice@alsdei.alsd.uscourts.gov
Bcc:bflowers@allredpclaw.com,dallred@allredpclaw.com,eaton@ebarnardlaw.com,efile_milling@alsd.uscourts.gov,egbarnard@hotmail.com
Message-Id:<466956@alsd.uscourts.gov>
Subject:Activity in Case 1:05-cv-00592-KD-M Shoultz v. Biester "Case Transferred"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### Southern District of Alabama - District Version 2.5

Notice of Electronic Filing

The following transaction was received from cmj, entered on 12/30/2005 at 10:35 AM CST and filed on 12/30/2005

**Case Name:** Shoultz v. Biester
**Case Number:** 1:05-cv-592
**Filer:**
**Document Number:** 7

**Docket Text:**
This action has been transferred from the docket of District Judge Charles R. Butler, Jr and is now assigned to the docket of District Judge Kristi K. DuBose. To insure that your pleadings are referred to the proper Judge and Magistrate Judge with as little delay as possible, please use the letter suffix KD-M after the case number on all future pleadings. (cmj, )

The following document(s) are associated with this transaction:

**1:05-cv-592 Notice will be electronically mailed to:**

David E. Allred    dallred@allredpclaw.com, bflowers@allredpclaw.com

Eaton G. Barnard    eaton@ebarnardlaw.com, egbarnard@hotmail.com

**1:05-cv-592 Notice will be delivered by other means to:**