IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ<br>And VANESSA BUCKNER,<br>as Administratrix of the Estate of<br>David McKee, Deceased<br><br>Plaintiffs,<br><br>Vs.<br><br>DONALD W. BIESTER,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION NO.: CV-05-592<br>*<br>*<br>*<br>*<br>*<br>* |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

COMES NOW the Plaintiff, Vanessa Buckner, as Administratrix for the Estate of David McKee, and moves this Honorable Court to extend the time to respond to the Defendant's Motion to Dismiss or, in the alternative, Motion to Transfer Venue and as reason therefore shows unto the Court as follows:

1. The undersigned counsel of record represents Vanessa Buckner, as Administratrix for the Estate of David McKee and was listed as counsel of record for Ms. Buckner on the original complaint.

2. Through some administrative error in the Clerk's office, the undersigned was not on the e-filing list and did not receive a copy of the above-referenced motion or this Court's order setting deadlines to respond to said motion. This was not brought to the attention of the undersigned until January 5, 2006 when she spoke with counsel for Plaintiff John Shoultz about the status of this matter. The Court Clerk's office has been contacted and has since purportedly added the undersigned to the e-filing list so that she will properly receive all filings in this case.

3. The Plaintiff would like an opportunity to respond to said motion.

WHEREFORE, premises considered, Plaintiff Vanessa Buckner, as Administratix for the Estate of David McKee respectfully requests that this Court allow her time to respond to the Defendant's motion.

_Christina DC_
CHRISTINA D. CROW (CRO-064)

**OF COUNSEL**

JINKS, DANIEL & CROW, P.C.
219 Prairie Street, North
Post Office Box 350
Union Springs, Alabama  36089

**CERTIFICATE OF SERVICE**

I, *Christina D. Crow*, do hereby certify that on this the 12 day of Jan., 2006. I have served a copy of the foregoing instrument upon the following counsel of record by depositing the same in the United States Mail, postage prepaid and properly addressed, upon the following:

        Eaton G. Barnard
    1904 Dauphin Island Parkway
      Mobile, Alabama  36605

        David E. Allred
    Post Office Box 241594
  Montgomery, Alabama  36124

*/s/ Christina Crow*
OF COUNSEL