IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| vs.  ) | CASE NO. CV-05-592-CB-M |
| ) | |
| DONALD W. BIESTER, ) | |
| ) | |
| *Defendant*, ) | |

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING REPORT OF PARTIES' PLANNING MEETING

Defendant **DONALD W. BIESTER** moves the Court to extend the time for filing the Report of Parties' Planning Meeting until the Court rules on this defendant's pending Motion to Dismiss or, in the Alternative, Motion to Transfer to the Middle District of Alabama. This motion is not opposed by the plaintiffs.

_____
DAVID E. ALLRED
Code No: 3233-A-40-D
Attorney for Defendant
DONALD W. BIESTER

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977
dallred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of January, 2006 electronically filed the foregoing *Unopposed Motion to Extend Time for Filing Report of Parties' Planning Meeting* with the Clerk of the Court for the United States District Court, for the Southern District of Alabama, Southern Division, using the CM/ECF system, which will send notification of such filing to:

> Eaton G. Barnard, Esq.
> **EATON BARNARD & ASSOCIATES**
> 1904 Dauphin Island Parkway
> Mobile, Alabama 36605
>
> Christina D. Crow, Esq.
> **JINKS, DANIEL & CROW, L.L.C.**
> Post Office Box 350
> Union Springs, Alabama 36089

_____
OF COUNSEL