IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ and ) <br> VANESSA BUCKNER, as Administratrix <br> of the Estate of David McKee, Deceased ) | |
| **Plaintiffs,** ) | |
| v. ) | CIVIL ACTION NO. 05–592-KD-M |
| DONALD W. BIESTER, ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on the motion of plaintiff Vanessa Buckner, as Administratrix of the Estate of David McKee, deceased, for extension of time to respond to defendant's motion to dismiss. (Doc. 9.) Plaintiff Buckner sets forth that through administrative error she did not receive e-mail notification of the order setting the December 8, 2005 deadline to respond to the motion and that she was not aware of the deadline until January 5, 2005.

By order entered January 10, 2006, this court noted that neither plaintiff responded to the motion to dismiss. The court also noted that the complaint is facially insufficient to invoke this court's subject matter jurisdiction, thus the motion to dismiss was due to be granted. However, the court found that the jurisdictional deficiency in the complaint may be correctable and ordered plaintiffs to file an amended complaint properly invoking this court's subject matter jurisdiction and, if the plaintiffs filed an amended complaint, ordered them to show cause in writing why this action should not be transferred to the Middle District of Alabama which appears to be the proper venue for this action. (Doc. 8)

The issues to be addressed pursuant to this court's January 10, 2005 order are the same as the issues presented in the defendant's motion to dismiss or in the alternative motion to transfer. (Doc. 4).  Therefore, because plaintiff Buckner is subject to an existing order allowing her until January 20, 2006 to address these issues, her motion for additional time to respond to the motion to dismiss  (Doc. 9) is **MOOT**.

**DONE** this the 13th day of January, 2006.

                                                 s / Kristi K. DuBose
                                                **KRISI K. DUBOSE**
                                                **UNITED STATES DISTRICT JUDGE**