```
MIME-Version:1.0
From:efile_information@alsd.uscourts.gov
To:efile_notice@alsdei.alsd.uscourts.gov
Bcc:bflowers@allredpclaw.com,ccrow@jinkslaw.com,dallred@allredpclaw.com,eaton@ebarnardlaw.com,efile_dubose@alsd.uscourts.gov,efile_milling@alsd.uscourts.g
Message-Id:<473948@alsd.uscourts.gov>
Subject:Activity in Case 1:05-cv-00592-KD-M Shoultz v. Biester "Order on Motion for Extension of Time"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of Alabama - District Version 2.5

Notice of Electronic Filing

The following transaction was received from vlh, entered on 1/17/2006 at 4:52 PM CST and filed on 1/17/2006

**Case Name:**　　Shoultz v. Biester
**Case Number:**　　1:05-cv-592
**Filer:**
**Document Number:** 12

**Docket Text:**
ENDORSED ORDER granting [10] Motion for Extension of Time to file Report of Parties' Planning Meeting. The date by which the parties are to meet and file their report, if necessary, is EXTENDED to FIFTEEN DAYS after the Court's ruling on the pending Motion to Dismiss or in the Alternative Motion to Transfer to the Middle District of Alabama. Signed by Judge Bert W. Milling Jr. on 1/17/2006. (vlh, )

The following document(s) are associated with this transaction:

**1:05-cv-592 Notice will be electronically mailed to:**

David E. Allred　　dallred@allredpclaw.com, bflowers@allredpclaw.com

Eaton G. Barnard　　eaton@ebarnardlaw.com, egbarnard@hotmail.com

Christina D. Crow　　ccrow@jinkslaw.com, lpate@jinkslaw.com

**1:05-cv-592 Notice will be delivered by other means to:**