FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JOHN NICHOLAS SHOULTZ<br>And VANESSA BUCKNER,<br>as Administratrix of the Estate of<br>David McKee, Deceased | * * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO.: CV-05-592 |
| Vs. | * * | |
| DONALD W. BIESTER, | * * | |
| Defendant. | * | |

### MOTION FOR LEAVE OF COURT FOR PLAINTIFF TO AMEND COMPLAINT

COME NOW the Plaintiffs and move this Honorable Court to allow them leave to file the attached Amendment to Complaint.

WHEREFORE, premises considered, the Plaintiffs respectfully request Leave of Court to file the attached amendments to their complaint.

_____
EATON G. BARNARD & ASSOCIATES, P.C.
Attorney for Plaintiff JOHN NICHOLAS SHOULTZ
EATON G. BARNARD (BARNE9086)
1904 Dauphin Island Parkway
Mobile, Alabama 36605
(251) 478-6899
(251) 478-7198 – Fax
eaton@ebarnardlaw.com

_____
JINKS, DANIEL & CROW, P.C.
Attorney for Plaintiff Vanessa Buckner, as
Administratrix for the Estate of David McKee,
Deceased.
CHRISTINA D. CROW (CRO064)
Post Office Box 350
Union Springs, AL 36089
(334) 738-4225
(334) 738-4229 – Fax
ccrow@jinkslaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document upon the following by efiling the same on this the ___19___ day of ___Jan.___, 2006.

David E. Allred<br>
Post Office Box 241594<br>
Montgomery, Alabama 36124

_____
OF COUNSEL