IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ<br>And VANESSA BUCKNER,<br>as Administratrix of the Estate of<br>David McKee, Deceased<br><br>Plaintiffs,<br><br>Vs.<br><br>DONALD W. BIESTER,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*    CIVIL ACTION NO.: CV-05-592 |

## PLAINTIFFS' FIRST AMENDMENT TO THE COMPLAINT

COME NOW the Plaintiffs and amend their complaint as originally filed as follows:

1. The Plaintiff Vanessa Buckner is bringing this action as the Administratrix of the Estate of David McKee. David McKee was killed as a result of the negligent and/or wanton actions of the Defendant, Donald W. Biester. The Plaintiff Vanessa Buckner is claiming in excess of $75,000.00 in damages resulting from the death of her father.

2. The Plaintiff John Nicholas Shoultz is bringing this action for personal injuries suffered by him as a result of the negligent and/or wanton acts of the Defendant, Donald W. Biester. As a result of Defendant Biester's negligent and/or wanton acts, the Plaintiff John Nicholas Shoultz suffered severe injury to his right arm, right elbow, right shoulder, and his back, he was caused permanent physical injury and impairment, and he incurred medical expenses, lost wages, and other damages and losses, and may incur such damages in the future. The Plaintiff John Nicholas Shoultz is claiming in excess of

$75,000.00 in damages resulting from the negligent and/or wanton acts of Defendant Donald W. Biester.

The Plaintiffs reallege all counts and contentions set forth in their original complaint as if set out here in full.

*Eaton G. Barnard /edc*

EATON G. BARNARD & ASSOCIATES, P.C.
Attorney for Plaintiff JOHN NICHOLAS SHOULTZ
EATON G. BARNARD  (BARNE9086)
1904 Dauphin Island Parkway
Mobile, Alabama  36605
(251) 478-6899
(251) 478-7198 – Fax
eaton@ebarnardlaw.com

*Christina D. Crow*

JINKS, DANIEL & CROW, P.C.
Attorney for Plaintiff Vanessa Buckner, as Administratrix for the Estate of David McKee, Deceased.
CHRISTINA D. CROW (CRO064)
Post Office Box 350
Union Springs, AL  36089
(334) 738-4225
(334) 738-4229 – Fax
ccrow@jinkslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19 day of Jan., 2006. I have served a copy of the foregoing instrument upon the following counsel of record by depositing

the same in the United States Mail, postage prepaid and properly addressed, upon the following:

>David E. Allred
>Post Office Box 241594
>Montgomery, Alabama 36124

_____
OF COUNSEL