# INDICTMENT

Autauga County ---- AUGUST 2005 ---- Grand Jury # 157

THE STATE OF ALABAMA

vs.    CC-05-183-B

DONALD W. BIESTER

Hair: BRO    Eyes: BRO    Height: 5 ft. 8 in.    Weight: 175    DOB: 07/21/1935
Address: 1143 WEST 500 NORTH, DECATUR, IN 46733
SSN#: 308361150            Race: W        Sex: M

| CHARGES | WITNESSES |
|---|---|
| 1. LEAVING SCENE OF ACCIDENT PHYSICAL INJURY OR DEATH (2 Cts.) <br> 2. | TROOPER MATT BOWMAN <br> CHRIS BRIDGES <br> MARVIN BROWN <br> LEE BUSH <br> MICHAEL DICKEY <br> TROOPER S. JARRETT <br> CLEABRON KING <br> TROOPER ANDY RICKS <br> JOHN SHOULTZ <br> DOUGLAS WILLIAMS <br> TROOPER W. WRIGHT |

A TRUE BILL
_____
Foreperson Grand Jury

Presented to the presiding Judge in open Court by the Foreperson of the Grand Jury.

and filed by order of the Court this the 5th day of AUGUST, 2005.
_____
Clerk

Bail fixed at $ 10,000
this the 5th day of AUGUST, 2005.
_____
Circuit Judge

District Court Bond Amount $ _____

DEFENDANT HAS/HAS NOT POSTED BOND IN DISTRICT COURT

EXHIBIT A

# INDICTMENT

## THE STATE OF ALABAMA, AUTAUGA COUNTY
## CIRCUIT COURT - NINETEENTH JUDICIAL CIRCUIT

The Grand Jury of Autauga County charge that, before the finding of the indictment,
        **DONALD W. BIESTER**
Whose true name is to the Grand Jury unknown, otherwise than as stated,

the driver of a vehicle involved in an accident resulting in injury or death to JOHN SHOULTZ, did not immediately stop such vehicle at the scene of such accident and did not render to the said JOHN SHOULTZ reasonable assistance and did not give his name and address and the registration number of his vehicle, in violation of Section 32-10-1 and Section 32-10-2, Code of Alabama, 1975,

### COUNT 2

The Grand Jury of said county further charge that, before the finding of this indictment, DONALD W. BIESTER, whose name is otherwise unknown to the Grand Jury, the driver of a vehicle involved in an accident resulting in injury or death to DAVID MCKEE, did not immediately stop such vehicle at the scene of such accident and did not render to the said DAVID MCKEE reasonable assistance and did not give his name and address and the registration number of his vehicle, in violation of Section 32-10-1 and Section 32-10-2, Code of Alabama, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                        Randall V. Houston
                                        District Attorney