

## alacourt.com's

## Alabama SJIS CC/DC Case Detail

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 04 AUTAUGA | Case Number | CC 2005 000183 00 | JID | JBB | | DEF Status | B BOND ESTS: A |
| Name | BIESTER DONALD W | | | Alias | | | | |
| Address 1 | 1143 WEST 500 NORTH | | | Alias | | | | |
| Address 2 | | | | SID | AL 000000000 | | YDate | |
| Zip | 46733 0000 DECATUR IN US | | | AS | | | PR | 0000 000000 00 |
| DLNO | AL | DOB | 07211935 | SSN | | | Race/Sex | W/M |
| Height | 5 08 | Weight | 175 | Eyes | BRO | | Hair | BRO |
| Filed | 08052005 | AAGCY | S | Muni# | 00 | | City | |
| Arrest | 01052005 | OffDT | 01042005 | ORI | AST0300 | | OFFC | |
| Indict | 08052005 | Grand Jury | 157 | Atty 1 | GOG001 R | | Tkt# | |
| Bond | 0001000000 | Type | S | Bond Co | BJR001 B. J. BAIL BONDS | | REL | 01052005 |
| Sure | S 001 | CWIT | | JDMD | | | APPL | |
| Tracking No's | DC 2005 000027 00 / DC 2005 000028 00 / 0000 000000 00 | | | | | | | |
| Date | 1 04112006 | Que | 002 | Time | 0900 A | | Desc | PLEA |
| Charge 1 | LSAI | LEAVING SCENE ACC W/ | | 032-010-001 F PE | | | Counts | 002 |
| Charge 2 | | | | | | | Counts | |
| Charge 3 | | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | | Case Cat | PE |
| Comment | | | | | | | | |
| Settings | | | | | | | | |
| Date 1 | 04112006 | Que | 002 | Time | 0900 A | | Desc | PLEA PLEA DOCKET |
| Date 2 | | Que | 000 | Time | 0000 | | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | | Desc | |
| Prosecutor | HOUSTON RANDALL V | Atty 1 | GOGGANS THOMAS M | Atty 2 | | | | |
| Flag | N | Flag | Y | Flag | Y | | | |
| WARISS | | WARACT | | WARLOC | | | | |
| BP ISS | | BP RTN | | | | | | |
| Disposition | | | | | | | | |
| CRT ACT | | CADATE | | Jury | Y | | More | N |
| Charge 1 | | | | Counts | 001 | | CA | |
| Charge 2 | | | | Counts | | | CA | |
| Charge 3 | | | | Counts | | | CA | |
| Admin | | Why | | TBNV1 | | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | | DOM VIOL | N |
| Comment | | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | | Updated | 01302006 |
| Sentence | | | | | | | | |
| Sent | | Begin | | End | | | PRB BEG | |
| IMP CONF | | SUSP CONF | | TOTAL CONF | | | JAIL CRED | |
| LICN SUSP | | PROBATION | | PRB REV | | | | |
| Monetary: | COST | FINE IMP: | | SUSP: | | CVCC | HIS | |
| | WCCS | MCOS | | JFEE | | DRGF | ASU | |
| | WCDA | REMB | | 3CVC | | WARR | USF | |
| | PREL | DRUG | | RCUP | | SUBP | | |
| | RES1 | | RES2 | | | RES3 | | |
| | RES4 | | RES5 | | | RES6 | | |

EXHIBIT B

| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT | EMON | |
|---|---|---|---|---|---|---|---|---|
| | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG | | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB | | HOOF | | |
| | DRUG | CODE: | | MEAS: | VOL: | | | |
| SEC/CUR: | | | | | | | | |
| Comment: | | | | | | | | |
| BAL DUE | | DUE | | | CRO | | Updated | |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08052005 | 1404 | TEXT | INDICTMENT, BONDS | DEH |
| 08092005 | 1404 | TEXT | ARRAIGNMENT LETTER MAILED | DEH |
| 08292005 | 1333 | TEXT | PLEA OF NOT GUILTY & WAIVER OF ARRAIGNMENT FILED | DEH |
| 08302005 | 1120 | TEXT | REQUEST FOR PRODUCTION FILED | DEH |
| 08302005 | 1120 | TEXT | MOTION FOR NOTICE OF INTENTION TO RELY UPON OTHER | DEH |
| 08302005 | 1120 | TEXT | ACTS EVIDENCE FILED | DEH |
| 09062005 | 1038 | TEXT | NOTICE TO DA, ATTY, DEFT FOR 9/21/05 PLEA DAY | DEH |
| 09062005 | 1038 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | DEH |
| 10032005 | 0905 | DAT1 | SET FOR: PLEA DOCKET ON 04/11/2006 AT 0900A (AR10) | DEH |
| 10032005 | 0905 | DOC1 | DOCKET DATE NOTICE SENT TO ALL PARTIES (AR09) | DEH |