**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 18, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   John N. Shoultz et al. vs. Donald W. Biester
      Civil Action No. 2:06cv076-DRB

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **2:06cv076-WKW**. This new case number should be used on all future correspondence and pleadings in this action.