**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 18, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   John N. Shoultz et al. vs. Donald W. Biester
      Civil Action No. 2:06cv076-WKW

The above-styled case has been reassigned to Judge Delores R. Boyd.

Please note that the case number is now **2:06cv076-DRB**. This new case number should be used on all future correspondence and pleadings in this action.

This case was reassigned to Judge Watkins in error.