IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 18 A 9:52

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 2:06-CV-00076-DRB |
| DONALD W. BIESTER, | ) |
| Defendant. | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4/17/06
Date

_____
Signature

Vanessa Buckner
Counsel For (**print** name of all parties)

PO Box 350, Union Springs, AL 36089
Address, City, State, Zip Code

334-738-4225
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101