RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:06-CV-00076-DRB |
| ) | |
| DONALD W. BIESTER, ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_4-12-2006_
Date

_____
Signature

_Donald W. Biester_
Counsel For (**print** name of all parties)

_P.O. Box 241594 ; Montgomery, AL 36124-1594_
Address, City, State, Zip Code

_334-396-9200_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101