IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JOHN NICHOLAS SHOULTZ  \*
And VANESSA BUCKNER,  \*
as Administratrix of the Estate of  \*
David McKee, Deceased  \*
\*
    Plaintiffs,  \* CIVIL ACTION NO.: 2:06CV-076-DRB
\*
Vs.  \*
\*
DONALD W. BIESTER,  \*
\*
    Defendant.  \*

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY

COME NOW the Plaintiffs and in response to the Defendant's Motion to Stay show unto the Court as follows:

1. This case arises out of the Defendant's having run off the road and striking two people with his car, killing one and severely injuring the other, and then driving several miles down the road before being apprehended by law enforcement. The Defendant has been charged with leaving the scene of an accident.

2. While the Defendant correctly asserts that his Fifth Amendment rights must be protected, staying "all discovery" in this case denies the victims and their families their Due Process rights and there is no reason to stay all discovery in this matter pending the outcome of the Defendant's criminal matter.

3. The Plaintiffs agree that the Defendant should not be compelled to testify, either through deposition or written discovery. Nonetheless, Plaintiff would like to conduct other discovery, including, but not limited to, depositions of several eyewitnesses, the State Troopers who investigated the incident, emergency and other

medical personnel who treated and/or performed post-mortem examination of one of the victims, and medical history discovery of the Defendant. Delaying the depositions of the eyewitnesses and State Troopers denies justice to the victims in that it is common knowledge that memories fade with time, people move, change jobs and/ or die, all of which make it difficult to conduct meaningful discovery.

4. Staying all discovery serves to prejudice the victims and their families who will be denied due process by denying all discovery. Furthermore, allowing limited discovery would not prejudice the Defendant or deny him of any rights.

WHEREFORE, premises considered, Plaintiffs respectfully requests that this Court grant the Defendant's motion as to the deposition or written discovery to the Defendant, but allow the parties to go forward with all discovery other than obtaining testimony or wrtten discovery from the Defendant.

/s/Christina D. Crow
CHRISTINA D. CROW

**OF COUNSEL**

JINKS, DANIEL & CROW, P.C.
219 Prairie Street, North
Post Office Box 350
Union Springs, Alabama 36089

/s/Eaton G. Barnard
EATON G. BARNARD

**OF COUNSEL**

EATON G. BARNARD
1904 Dauphin Island Parkway
Mobile, Alabama 36605