IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*,  ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.                                       ) | 2:06-CV-00076-DRB |
| ) | |
| DONALD W. BIESTER,       ) | |
| ) | |
| Defendant.   ) | |

## ORDER ON MOTION

After due consideration of *Defendant's Motion to Stay Proceedings/Motion for Protective Order* (Doc. 16, April 5, 2006) and *Plaintiffs' Response* (Doc. 22, April 26, 2006), it is

**ORDERED** that, for good cause, Defendant's *Motion to Stay Proceedings* is DENIED and his *Motion for Protective Order* is GRANTED to the extent that the Defendant shall not be compelled to provide deposition testimony or other discovery responses likely to incriminate him pending the resolution of criminal proceedings in the Circuit Court of Autauga County arising from his Indictment on April 11, 2006, on charges arising from the motor vehicle accident which is the subject of this civil action. It is further

**ORDERED** that the parties submit jointly any additionally desired Protective Order not later than May 26, 2006.

DONE THIS 4TH DAY OF MAY, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE