IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00076-DRB |
| | ) | |
| DONALD W. BIESTER, | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 26(f) O R D E R

In this action transferred from the Southern District of Alabama on February 1, 2006, the docket reflects the filing of Plaintiffs' Complaint on October 13, 2005, and a First Amendment on January 24, 2006. Given the resolution of Defendant's initial motions – for dismissal or, in the alternative, transfer of venue *and* for a stay or protective order – it is, for good cause,

**ORDERED** as follows:

1. Defendant shall file his *Answer* to the Complaint, as amended, not later than May 19, 2006.

2. Pursuant to FED. R. CIV. P. 26(f) and M.D. Ala. LR 26.2(b), the parties shall confer as soon as practicable "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. The attorneys of record and all unrepresented parties are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court a written report outlining the plan. The **Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than June**

**19, 2006.** The report of the parties should comply with Form 35 , Appendix of Forms to the Federal Rules of Civil Procedure.

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

The court may or may not hold a scheduling conference before issuing a scheduling order, and counsel may indicate any preference on the Rule 26(f) report. If the court sets a scheduling conference, counsel may participate by conference call as circumstances may warrant.

This case will be set for trial during one of the assigned judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

DONE THIS 4TH DAY OF MAY, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE