IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*, | ) |
| *Plaintiffs,* | ) ) ) |
| vs. | ) CASE NO. 2:06-cv-76 |
| DONALD W. BIESTER, | ) ) ) |
| *Defendant,* | ) |

## ANSWER TO PLAINTIFFS' COMPLAINT AS LAST AMENDED

NOW COMES **DONALD W. BIESTER**, defendant herein, and responds to the respective paragraphs of the plaintiffs' First Amendment to the Complaint as follows:

1.  This defendant admits that Vanessa Buckner contends to be the Administratrix of the Estate of David McKee; that McKee was killed as a result of a motor vehicle accident on January 4, 2005; and that Plaintiff Buckner claims damages in excess of $75,000 for the wrongful death of David McKee. The remaining allegations of paragraph 1 of the First Amendment to the Complaint are denied.

2.  This defendant admits that Plaintiff John Nicholas Shoultz seeks damages for personal injuries arising out of the accident of January 4, 2005 and that Shoultz claims damages in excess of $75,000. The remaining allegations of paragraph 2 of the First Amendment to the Complaint are denied.

*Note:* (The plaintiffs' First Amendment to the Complaint then states: "The plaintiffs reallege all counts and contentions set forth in their original complaint as if set out here in full." This defendant, therefore, responds to the respective paragraphs of the original complaint as follows:)

1. This defendant admits that Plaintiff John Nicholas Shoultz is over the age of 19 and is an adult resident citizen of Alabama. This defendant lacks information sufficient to form a belief as to the truth of Shoultz's allegation that he is a citizen of Mobile County; hence, that allegation is denied.

2. This defendant admits that Plaintiff Vanessa Buckner contends that she is the Administratrix of the Estate of David McKee, deceased. This defendant lacks information sufficient to form a belief as to the truth of the allegation that Buckner is the duly appointed Administratrix of the Estate of David McKee, deceased; hence, that allegation is denied.

3. Admitted.

4. This defendant admits that on January 4, 2005, Plaintiff John Nicholas Shoultz and decedent, David McKee, were inmates with the Alabama Department of Corrections. This defendant denies the remaining allegations of paragraph 4 not specifically admitted herein and demands strict proof thereof.

## COUNT I

5. This defendant adopts and incorporates herein by reference his responses to the First Amendment to the Complaint and the plaintiffs' initial Complaint as though fully set out herein in letters and numbers.

6. Denied.

7. Denied.

8. Denied.

## COUNT II

9. This defendant adopts and incorporates herein by reference his responses to the First Amendment to the Complaint and the plaintiffs' initial Complaint as though fully set out herein in letters and numbers.

10. Denied.

11. (*Note*: The plaintiffs' original Complaint at Count Two skips from paragraph 10 to paragraphs 7 and 8. This defendant has renumbered plaintiffs' paragraph 7 of Count Two as paragraph 11 and paragraph 8 of Count Two as paragraph 12 so as to keep the plaintiffs' paragraphs in numerical order.)

Denied.

12. <u>See</u> note to previous paragraph.

Denied.


## ADDITIONAL DEFENSE

### FIRST DEFENSE

This defendant says that, on information and belief, he experienced a sudden loss of consciousness before the accident without warning of symptoms or knowledge that such a condition would occur; hence, he is not liable for events that occurred during periods of unconsciousness.

_____
DAVID E. ALLRED
Attorney for Defendant
DONALD W. BIESTER

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
dallred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of May, 2006 electronically filed the foregoing *Answer to Plaintiffs' Complaint As Last Amended* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Eaton G. Barnard, Esq.
> EATON BARNARD & ASSOCIATES
> 1904 Dauphin Island Parkway
> Mobile, Alabama 36605
>
> Christina D. Crow, Esq.
> JINKS, DANIEL & CROW, L.L.C.
> Post Office Box 350
> Union Springs, Alabama 36089

_____
OF COUNSEL