IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) ) |
| vs. | ) CASE NO. 2:06-cv-76-DRB |
| DONALD W. BIESTER, | ) ) ) |
| *Defendant*. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on May 10, 2006, via telephone conference call and was attended by:

   EATON G. BARNARD for Plaintiff JOHN NICHOLAS SHOULTZ

   CHRISTINA D. CROW for Plaintiff VANESSA BUCKNER, as Administratrix for the Estate of David McKee, Deceased

   DAVID E. ALLRED for Defendant DONALD W. BIESTER

2. Pre-Discovery Disclosures. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within thirty (30) days of the Court's scheduling order.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects:

   (a) The nature and extent of the injuries to the plaintiffs and the plaintiffs' medical history. The liability of the defendant, the defendant's medical history, and driving history. All of the events which occurred before, during and after defendant struck the plaintiffs.

(b) All discovery will be commenced in time to be completed by six (6) months from the date of the defendant's deposition.

(c) Maximum of twenty-five (25) interrogatories by each party to any other party. Responses due thirty (30) days after service.

(d) Maximum of twenty-five (25) requests for admissions by each party to any other party. Responses due thirty (30) days after service.

(e) Maximum of fifteen (15) depositions by Plaintiff Shoultz; ten (10) depositions by Plaintiff Buckner; and ten (10) depositions by Defendant Biester. Each deposition limited to a maximum of three (3) hours unless extended by agreement of parties.

(f) Reports from retained experts under Rule 26(a)(2) due:

(1) From plaintiffs by sixty (60) days after the defendant's deposition;

(2) From defendant by thirty (30) days after the plaintiffs' experts are disclosed;

(g) Supplementations under Rule 26(e) due within fifteen (15) days from the acquisitions of additional pertinent information required to be disclosed under Rule 26(e).

4. Others Items.

On May 4, 2006, the Court entered an Order on defendant's Motion to Stay Proceedings/Motion for Protective order in which the Court denied the Motion to Stay Proceedings, but granted Defendant Biester's Motion for Protective Order to the extent that

the defendant shall not be compelled to provide deposition testimony or other discovery responses likely to incriminate him with regard to the underlying criminal proceedings arising out of the accident made the basis of this suit. On the date that the Parties' Planning Meeting was conducted, the criminal charge and indictment against Defendant Biester herein remained pending in the Circuit Court of Autauga County, Alabama; hence, the parties cannot, at this time, state with any degree of certainty when this civil matter can be ready for trial other than to say that the case should be ready for trial by nine (9) months from the date of the defendant's deposition. Counsel for Defendant Biester agrees to keep the parties and the Court informed of the status of the underlying criminal matter in Autauga County, Alabama.

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference sixty (60) days before the trial.

The plaintiffs should be allowed until three (3) months after the defendant's depositions to add parties or amend the pleadings.

The defendant should be allowed until thirty (30) days after the plaintiffs' deadline to join additional parties or amend the pleadings.

All potentially dispositive motions should be filed by ninety (90) days before the pretrial hearing.

Settlement cannot be evaluated at this time.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

(a)   From plaintiffs by the date of the pretrial hearing;

(b)   From defendant by the date of the pretrial hearing.

-3-

Parties should have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by nine (9) months after the deposition of Defendant Biester (see note herein under "Paragraph 4. Other Items") and is expected to take approximately three (3) days.

Dated this 12th day of May, 2006.

/s/ Christina D. Crow
_____
CHRISTINA D. CROW
Attorney for Plaintiff VANESSA
BUCKNER, as Administratrix for the
Estate of DAVID MCKEE, Deceased

OF COUNSEL:

JINKS, DANIEL & CROW, L.L.C.
Post Office Box 350
Union Springs, Alabama 36089
Telephone:  (334) 738-4225
Facsimile:  (334) 738-4229
E-mail:     ccrow@jinkslaw.com

-6-

                                                            _____
                                                            DAVID E. ALLRED
                                                            Attorney for Defendant
                                                            DONALD W. BIESTER

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977
E-mail: dallred@allredpclaw.com

                                                                           EATON G. BARNARD  
                                                                           Attorney for Plaintiff JOHN SHOULTZ

OF COUNSEL:

EATON BARNARD & ASSOCIATES  
1904 Dauphin Island Parkway  
Mobile, Alabama 36605  
Telephone:  (251) 478-6899  
Facsimile:   (251) 478-7198  
E-mail:      eaton@ebarnardlaw.com

-5-