IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*, | ) |
| *Plaintiffs,* | ) |
| vs. | ) CASE NO. 2:06-cv-76-WKW |
| DONALD W. BIESTER, | ) |
| *Defendant,* | ) |

## NOTICE OF APPEARANCE

NOW COMES **D. CRAIG ALLRED** and gives notice of appearance as an additional attorney for Defendant **DONALD W. BIESTER** in the above-referenced matter.

Respectfully submitted this the 28th day of June, 2006.

_____
D. CRAIG ALLRED

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977
callred@allredpclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of June, 2006 electronically filed the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Eaton G. Barnard, Esq.
>Christina D. Crow, Esq.

_____
OF COUNSEL