

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN NICHOLAS SHOULTZ, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| vs. | ) CASE NO. 2:06-cv-00076-DRB |
| | ) |
| DONALD W. BIESTER, | ) |
| | ) |
| *Defendant.* | ) |

## JOINT NOTICE AND STIPULATION FOR DISMISSAL

NOW COME the parties, by and through their respective attorneys, and show unto the Court that a mutual agreement of settlement has been reached in this cause; hence, the parties move the Court to dismiss this case with prejudice, costs taxed as paid.

_____
EATON G. BARNARD
Attorney for Plaintiff
JOHN NICHOLAS SHOULTZ

OF COUNSEL:

EATON BARNARD & ASSOCIATES, P.C.
1904 Dauphin Island Parkway
Mobile, Alabama 36605
Telephone:   (251) 478-6899
Facsimile:    (251) 478-7198

_____
CHRISTINA D. CROW
Attorney for Plaintiff
VANESSA BUCKNER, Administratrix of
the Estate of DAVID McKEE

OF COUNSEL:

JINKS, DANIEL & CROW, L.L.C.
Post Office Box 350
Union Springs, Alabama 36089
Telephone:   (334) 738-4225
Facsimile:    (334) 738-4229

 

_____
DAVID E. ALLRED
Attorney for Defendant
DONALD W. BIESTER

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977