IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN NICHOLAS SHOULTZ, *et al.*,       )
                                        )
      Plaintiffs,                       )
                                        )
v.                                      )       2:06-CV-00076-TFM
                                        )
DONALD W. BIESTER,                      )
                                        )
      Defendant.                        )

## ORDER

Pursuant to the *Joint Notice and Stipulation for Dismissal* (Doc. 31, filed February 14, 2007), it is, for good cause, **ORDERED** that

(1)    This action is **DISMISSED with prejudice**.  Unless otherwise addressed in settlement agreement, the parties shall bear costs separately incurred.

DONE this 15th day of February, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE